

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-21-00384-CR

Graham Bradford **LASCSAK,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0207-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due February 18, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court